## *In re* KIRBY.

A finding for the suspension of an attorney being a civil proceeding, and not an action, under Comp. Laws, § 5189, it is error to allow respondent, as costs, $5 "before argument," and $15 "for argument."

(Opinion filed, Jan. 22, 1898.)

Appeal from taxation of costs. Modified. For former opinion, see 10 S. D. 338; 73 N. W. 95.

*D. R. Bailey* and *Joe Kirby*, for appellant.

*R. J. Wells* and *C. G. Hartley*, for respondents.

HANEY, J. The action of the circuit court in this proceeding having been affirmed, and judgment rendered in favor of respondents (*In re* Kirby, 10 S. D. 338, 73 N. W. 95), accused appeals from the clerk's taxation of costs, and petitions for a rehearing. This being a special proceeding, and not an action, the clerk erred in allowing respondents $5 "before argument," and $15 "for argument." Kirby v. McCook Co. Cir. Ct., 10 S. D. 338, 72 N. W. 461. The only other items allowed are "Fees clerk supreme court, $2.95," and "Postage, .20." These are proper, under Comp. Laws, § 5189. Therefore the clerk is directed to deduct from the taxation the sum of $20, and, as thus modified, the taxation is affirmed. For the reasons stated *in re* Kirby (upon rehearing decided at this term), 10 S. D. 338, 73 N. W. 907, the petition for rehearing is denied.